United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELAINE-BARBARA NEISWENDER,           No. C-09-2897 MMC

    Plaintiff,                                    **ORDER DISMISSING ACTION**

  v.

BANK OF AMERICA,

    Defendant.

        On July 1, 2009, the Court denied plaintiff's application to proceed in forma pauperis in the above-titled action and ordered plaintiff to make partial payment of the filing fee, in the amount of $100, no later than July 31, 2009. The Court advised plaintiff that failure to pay such amount would result in dismissal of the action without prejudice. To date, plaintiff has not paid the filing fee.[1]

        Accordingly, the above-titled action is hereby DISMISSED without prejudice.

        **IT IS SO ORDERED.**

Dated: August 10, 2009

_____
MAXINE M. CHESNEY
United States District Judge

---

[1] On July 24, 2009 and July 31, 2009, respectively, plaintiff filed various documents. To the extent any such document constitutes a request for reconsideration of the Court's Order denying plaintiff's application to proceed in forma pauperis, such request is DENIED, for the reason that plaintiff has failed to set forth any potential ground for the relief sought. See Civ. L.R. 7-9(b) (setting forth grounds for motion for leave to file motion for reconsideration).