IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELAINE-BARBARA NEISWENDER,

        Plaintiff,

  v.

BANK OF AMERICA,

        Defendant.
                                /

No. CV-09-2897 MMC

**JUDGMENT IN A CIVIL CASE**

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** the above-titled action is hereby DISMISSED without prejudice.

Dated: August 10, 2009

                Richard W. Wieking, Clerk

                By: Tracy Lucero
                Deputy Clerk